

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Lacey Nann Berry,

Vs. No. 11-17-00142-CR

The State of Texas,

\* From the 42nd District Court
of Taylor County,
Trial Court No. 27043A.

\* June 15, 2017

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.